# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **22-mj-6566**　　　　　　　　　　　　　　Date **9-26-2022**

USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

☐ Complaint　　✓ Removal Proceedings in

United States v. **Julian Jimenez**

The Complaint/Rule 40 Affidavit was filed on **8-9-2022**

✓ *U.S. Marshals please withdraw warrant*

　　　　　　　　　　　　　　　　　　　KINGDAR PRUSSIEN
　　　　　　　　　　　　　　　　　　　Digitally signed by KINGDAR PRUSSIEN
　　　　　　　　　　　　　　　　　　　Date: 2022.09.26 11:52:46 -04'00'

　　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　(handwritten or digital signature)

　　　　　　　　　　　　　　　　　　　(print name if signature handwritten)

**SO ORDERED:**

DATE: 9-26-2022

　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE